NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 1460 4TH STREET, LEVEL B SANTA MONICA, CA  90401 | Case No. 20-MJ-3000<br><br>GOVERNMENT'S EX PARTE APPLICATION TO UNSEAL SEARCH WARRANT AND SUPPORTING DOCUMENTS; DECLARATION OF JEFF MITCHELL |
|---|---|

     Plaintiff, United States of America, by and through Assistant United States Attorney Jeff Mitchell, hereby applies to the Court for an order to unseal a search warrant and supporting documents in the

//

//

//

1  above-captioned matter.  This application is based upon the attached
2  declaration of AUSA Jeff Mitchell, and the files and records in this
3  matter.
4   Dated: September 29, 2020           Respectfully submitted,

                                        NICOLA T. HANNA
                                        United States Attorney

                                        BRANDON D. FOX
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                         /s/ Jeff Mitchell
                                        JEFF MITCHELL
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

DECLARATION OF JEFF MITCHELL

I, Jeff Mitchell, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this matter.

2. On or about June 26, 2020, the government sought and received authorization to search the business premises located at 1460 4th Street, Level B, Santa Monica, CA 90401.

3. The order authorizing the search warrant was signed by the Honorable Jean P. Rosenbluth, United States Magistrate Judge, in Case No. 20-MJ-3000.

4. Pursuant to Local Rule 49.1-2, the search warrant application and supporting affidavit were sealed because the warrant had not yet been executed. The warrant has now been executed and sealing is no longer required.

5. By this application, the government requests that the Court issue an order unsealing the warrant, affidavit, and supporting documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 29, 2020.

_____
JEFF MITCHELL